**Richard Edward BRILLHART, Petitioner—Appellant,**

v.

**Tracy W. JOHNS, Respondent— Appellee.**

No. 07–6623.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 13, 2007.

Decided: Sept. 18, 2007.

Richard Edward Brillhart, Appellant Pro Se.

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Edward Brillhart, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and subsequent Fed. R.Civ.P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brillhart v. Stansberry,* No. 5:07–hc–02055–FL (E.D.N.C. April 16, 2007 & April 20, 2007). We deny Brillhart's motion to file a formal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*